AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
_____EASTERN_____ District of _____PENNA_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   21-MJ-1216 |
| | ) | |
| SAMUEL LAZAR | ) | Charging District's Case No. |
| | ) | 1:21-MJ-00533 |
| _____ | ) | |
| *Defendant* | | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia
_____ .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
unless I am indicted — to determine whether there is probable cause to believe that an offense has
been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❒  X    an identity hearing and production of the warrant.

❒  X    a preliminary hearing.

❒  X    a detention hearing.

❒  X    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:  _____07/27/21_____          *Kathleen Gaughan*
                                   _____
                                            *Defendant's signature*

                                   *Kathleen Gaughan*
                                   _____
                                         *Signature of defendant's attorney*

                                   KATHLEEN GAUGHAN   XXXXXXXXXXX
                                   _____
                                        *Printed name of defendant's attorney*